TWENTY FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

DOCKET#: 2019-0003136   DIVISION: E

MICHAEL GRAHAM and ROSE GRAHAM

VERSUS

ORENCLE J. BARLOW, PASCHALL TRUCK LINES, INC, and

AMERICAN TRUCKING AND TRANSPORTATION INSURANCE CO.

FILED BY: October 7, 2019   DY CLERK: Marsha Coaro

## PETITION FOR DAMAGES

The petition of MICHAEL GRAHAM AND ROSE GRAHAM, adult resident citizens of the full age of majority of TANGIPAHOA PARISH, respectfully represents:

1.

Made defendants herein are:

1. Orencle J. Barlow, an adult resident citizen of the State of Alabama, who can be served with process via the Louisiana Long Arm Statute at 900 Center Street, Birmingham, AL 35204;

2. ABC Insurance company, an insurance company authorized to do and doing business in the state of Alabama

3. Paschall Truck Lines, Inc, a business operating in the State of Kentucky, who can be served with process via the Louisiana Long Arm Statute at through its registered agent, David A. Gibbs, at 3443 Highway 641 South, Murray, KY 42071; and

3. American Trucking and Transportation Insurance Company, an insurance company authorized to do and doing business in the State of Montana, which can be served with process via the Louisiana Long Arm Statute through its registered agent Tricia Crippen at 228 West Main Street, Missoula, Montana, 59802.

2.

On or about October 11, 2018, petitioner was the operator of a 2014 Chevrolet Silverado, on S. Range Road, Tangipahoa Parish, Louisiana, when plaintiff was struck by a truck driven by Orencle Barlow and owned by Paschall Truck Lines, Inc, when Barlow attempted to back up in the road.

3.

Orencle Barlow was operating within the scope and course of his employment for Paschall Truck Lines Inc, the owner of the truck, on the date of the accident and as such is responsible unto plaintiff under the theory of respondiat superior.

Graham, Michael
Graham et al vs Barlow et al
21st JDC Tangipahoa Docket#:
Petition for Damages
Page 1 of 3


DEFENDANT'S EXHIBIT A

4.

ABC Insurance Company was the automobile liability carrier of Orende Barlow on the date of the accident sued upon herein and as such is liable unto plaintiff for his bodily injury up to the limits of said liability coverage.

5.

American Trucking and Transportation Company was the automobile liability carrier of Paschall Truck Lines, Inc., on the date of the accident sued upon herein and as such is liable unto plaintiff for his bodily injury up to the limits of said liability coverage

6.

The acts of fault and gross and wanton negligence and lack of skill of Orencle Barlow, which was the sole and proximate cause of the accident sued upon herein are:

a. Backing up in the middle of the road, contrary to law and with complete disregard for the safety of others;

b. Failing to see what he should have seen;

c. Failing to apply the brakes so as not to strike the plaintiff's vehicle;

d. Failing to keep a proper lookout;

e. Other such acts and omissions as will be shown at the time of trial;

7.

As a result of the accident, plaintiff sustained the following injuries:

a. Neck;

b. Others as will be shown at the time of trial.

8.

As a result of the accident and because of the injuries that he suffered as detailed above, petitioner is entitled to recover a reasonable sum of money for his pain and suffering, past, present, and future; his medical expenses, past, present and future; his inconvenience; his loss of enjoyment of life, in addition to all other equitable relief, court costs, and related damages.

9.

Petitioner alleges that the amount in controversy is in excess of the jurisdictional amount required for a trial by jury, but is not requesting a jury trial at this time.

10.

Petitioner was free from any negligence in regards to this claim against the defendants.

11.

Petitioner, Rose Graham, was the spouse of Michael Graham, and as a result of the injuries sustained by petitioner, Michael Graham, has suffered loss of consortium, society, and mental anguish.

WHEREFORE, petitioner prays that due proceedings be had and that there be judgment herein in favor of plaintiff, MICHAEL GRAHAM AND ROSE GRAHAM, and against defendants, Orencle Barlow, ABC Insurance Company, Paschall Truck Lines, Inc., and American Truck and Transportation Insurance Company, together with legal interest thereon from judicial demand until finally paid, and for all costs of these proceedings, and for such other and further legal and equitable relief as the Court shall deem necessary and proper. Said judgment to be in a sum to be determined reasonable and proper by the Court.

RESPECTFULLY SUBMITTED BY:

*Summer Vickmair*
SUMMER VICKNAIR LSBA#29797
P.O. Box 2383
Hammond, Louisiana 70404
Ph:   985-520-4178
Email: summer@duhelegal.com

PLEASE SERVE:

Orencle J. Barlow
via the Louisiana Long Arm Statute
900 Center Street, Birmingham, AL 35204;

ABC Insurance company

Paschall Truck Lines, Inc
Through their registered agent via the Louisiana Long Arm Statute
David A. Gibbs
3443 Highway 641 South
Murray, KY 42071; and

American Trucking and Transportation Insurance Company
via the Louisiana Long Arm Statute through its registered agent
Tricia Crippen
228 West Main Street
Missoula, Montana 59802.

Graham, Michael
Graham et al vs Barlow et al
21st JDC Tangipahoa Docket#:
Petition for Damages
Page 3 of 3

STATE OF LOUISIANA   AMITE, LOUISIANA
PARISH OF TANGIPAHOA   OCT 0 8 2019

I, Martha Casanova, do hereby certify that this document is a true and correct copy of the original thereof, consisting of ___ page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 3733.

*Martha Casanova*
DEPUTY CLERK